IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CHARLES WARREN AND MARIE WARREN, <br><br> Plaintiffs, <br><br> v. <br><br> STATE FARM FIRE AND CASUALTY COMPANY, <br><br> Defendant. | CIVIL ACTION <br> NO. 23-3908 |

## ORDER

**AND NOW**, this 26th day of June 2024, upon consideration of Defendant's Motion to Dismiss Plaintiffs' Second Amended Complaint (Doc. No. 5), Plaintiffs' Response in Opposition (Doc. No. 8), Defendant's Reply (Doc. No. 9), the arguments made by counsel for the parties at the January 11, 2024 hearing, and in accordance with the Opinion of the Court issued this day, it is **ORDERED** that the Motion to Dismiss (Doc. No. 5) is **GRANTED**. Plaintiffs' Second Amended Complaint (Doc. No. 1-5) is **DISMISSED without prejudice**. It is **FURTHER ORDERED** that Plaintiffs are granted leave to file a Third Amended Complaint by **July 10, 2024**.

BY THE COURT:

/s/ Joel H. Slomsky, J.
JOEL H. SLOMSKY, J.